| **Fill in this information to identify your case:** |
| --- |

United States Bankruptcy Court for the:

DISTRICT OF OREGON

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  **Turning Leaf Homes V, LLC**

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  **82-1569776**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| **1701 SE Oak Shore Ln.**<br>**Portland, OR 97267** | **6915 SW MACADAM AVE**<br>**Suite 300**<br>**Portland, OR 97219** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Clackamas** | Location of principal assets, if different from principal place of business |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case 17-31944-tmb11    Doc 1    Filed 05/23/17

Debtor **Turning Leaf Homes V, LLC**  
Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5313__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.  
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____  
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No  
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____  
District _____ When _____ Case number, if known _____

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 2

Case 17-31944-tmb11    Doc 1    Filed 05/23/17

| Debtor | **Turning Leaf Homes V, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

11. **Why is the case filed in *this district*?**   *Check all that apply:*

   ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

   ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

   ■ No

   ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)

   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

   ☐ It needs to be physically secured or protected from the weather.

   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

   ☐ Other _____

   **Where is the property?** _____
   Number, Street, City, State & ZIP Code

   **Is the property insured?**
   ☐ No
   ☐ Yes.  Insurance agency _____
            Contact name _____
            Phone _____

---

■ **Statistical and administrative information**

13. **Debtor's estimation of available funds**   *Check one:*

   ■ Funds will be available for distribution to unsecured creditors.

   ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**

   ☐ 1-49
   ■ 50-99
   ☐ 100-199
   ☐ 200-999
   ☐ 1,000-5,000
   ☐ 5001-10,000
   ☐ 10,001-25,000
   ☐ 25,001-50,000
   ☐ 50,001-100,000
   ☐ More than100,000

15. **Estimated Assets**

   ☐ $0 - $50,000
   ☐ $50,001 - $100,000
   ☐ $100,001 - $500,000
   ☐ $500,001 - $1 million
   ■ $1,000,001 - $10 million
   ☐ $10,000,001 - $50 million
   ☐ $50,000,001 - $100 million
   ☐ $100,000,001 - $500 million
   ☐ $500,000,001 - $1 billion
   ☐ $1,000,000,001 - $10 billion
   ☐ $10,000,000,001 - $50 billion
   ☐ More than $50 billion

16. **Estimated liabilities**

   ☐ $0 - $50,000
   ☐ $50,001 - $100,000
   ☐ $100,001 - $500,000
   ☐ $500,001 - $1 million
   ☐ $1,000,001 - $10 million
   ■ $10,000,001 - $50 million
   ☐ $50,000,001 - $100 million
   ☐ $100,000,001 - $500 million
   ☐ $500,000,001 - $1 billion
   ☐ $1,000,000,001 - $10 billion
   ☐ $10,000,000,001 - $50 billion
   ☐ More than $50 billion

| Debtor | Turning Leaf Homes V, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 23, 2017**
                MM / DD / YYYY

**X** **/s/ Tracey Baron**                  **Tracey Baron**
Signature of authorized representative of debtor    Printed name

Title   **Manager**

**18. Signature of attorney**

**X** **/s/ Theodore J. Piteo**             Date **May 23, 2017**
Signature of attorney for debtor                   MM / DD / YYYY

**Theodore J. Piteo**
Printed name

**Michael D. O'Brien & Associates, P.C.**
Firm name

**12909 SW 68th Parkway, Suite 160**
**Portland, OR 97223**
Number, Street, City, State & ZIP Code

Contact phone  **503-786-3800**     Email address  **enc@pdxlegal.com**

**090311**
Bar number and State

Official Form 201       **Voluntary Petition for Non-Individuals Filing for Bankruptcy**       page 4
Case 17-31944-tmb11   Doc 1   Filed 05/23/17

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Turning Leaf Homes V, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF OREGON** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Sony Electronics, Inc**<br>16530 Via Esprillo<br>San Diego, CA 92127 | | 3415 SW Crescent Drive West Linn,OR<br>All Liens are non-recourse to Debtor. | | $5,100,000.00 | $750,000.00 | $5,100,000.00 |
| **Wells Fargo Home Mortgage**<br>101 North Phillips Ave<br>Sioux Falls, SD 57104 | | 2775 SW 107th Avenue Portland OR 97225<br>All Liens are non-recourse to Debtor.<br>Appraised at $455,000 on November 5, 2015 | | $880,000.00 | $455,000.00 | $425,000.00 |
| **HSBC Mortgage Services, Inc**<br>PO Box 21188<br>Eagan, MN 55121-0188 | | 13360 NE Denbrook Road, Aurora OR 97002<br>All Liens are non-recourse to Debtor. | | $850,000.00 | $500,000.00 | $350,000.00 |
| **US Bank Bankruptcy Notice Department**<br>PO Box 5229<br>Cincinnati, OH 45201-5229 | | 7320 SW Frog Pond Lane Wilsonville OR 97070<br>All Liens are non-recourse to Debtor. | | $850,000.00 | $500,000.00 | $350,000.00 |
| **SLS**<br>8472 Lucent Blvd., #300<br>Littleton, CO 80129 | | 18797 Blueridge Drive Oregon City OR 97045<br>All Liens are non-recourse to Debtor.<br>House in poor condition. | | $516,290.33 | $225,000.00 | $291,290.33 |

| Debtor | **Turning Leaf Homes V, LLC** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Nationstar Mortgage LLC**  8950 Cypress Waters Blvd.  Coppell, TX 75019 | | **138 NE 22nd Ave, Camas, WA** | | $625,000.00 | $425,000.00 | $200,000.00 |
| **Wells Fargo Home Mortgage**  101 North Phillips Ave  Sioux Falls, SD 57104 | | **6506 SE Hemlock Street Milwaukie, OR 97222**  **All Liens are non-recourse to Debtor.**  **House burned down. Lot Value only.** | | $225,000.00 | $75,000.00 | $150,000.00 |
| **JP Morgan Chase Bank, N.A.**  Attn: Correspondence Mail  Mail Code LA4-5555  700 Kansas Lane  Monroe, LA 71203 | | **7320 SW Frog Pond Lane Wilsonville OR 97070**  **All Liens are non-recourse to Debtor.** | | $145,000.00 | $500,000.00 | $145,000.00 |
| **Atlantic Federal Savings Bank**  260 California St  San Francisco, CA 94111 | | **6727 Oakridge Dr., Gladstone, OR 97027** | | $112,000.00 | $300,000.00 | $112,000.00 |
| **Wells Fargo Bank, N.A.**  Bankruptcy Dept. / MAC D3347-014  3476 Stateview Blvd.  Fort Mill, SC 29715-7203 | | **1250 N. Phillips Road Gaston, OR 97119**  **All Liens are non-recourse to Debtor.** | | $755,000.00 | $650,000.00 | $105,000.00 |
| **Citizens Bank, N.A.**  Bankruptcy Department  1701 John F. Kennedy Blvd.  Philadelphia, PA 19103 | | **27660 SE Highway 224 Eagle Creek, OR 97022**  **All Liens are non-recourse to Debtor.** | | $85,000.00 | $150,000.00 | $85,000.00 |
| **Bank Of America, N.A.**  Bankruptcy Notice-TX2-982-0303  7105 Corporate Drive  Plano, TX 75024 | | **27660 SE Highway 224 Eagle Creek, OR 97022**  **All Liens are non-recourse to Debtor.** | | $225,000.00 | $150,000.00 | $75,000.00 |

| Debtor | **Turning Leaf Homes V, LLC** | | Case number *(if known)* | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Federal National Mortgage Association Bankruptcy Dept. PO Box 1077 Hartford, CT 06143-1077** | | **52055 SE Icenogle Loop, Scappoose, OR 97056** | | **$375,000.00** | **$325,000.00** | **$50,000.00** |
| **Mortgageit, Inc. c/o CT Corp 388 State St. Suite 420 Salem, OR 97301** | | **13360 NE Denbrook Road, Aurora OR 97002 All Liens are non-recourse to Debtor.** | | **$45,000.00** | **$500,000.00** | **$45,000.00** |
| **US Bank Bankruptcy Notice Department PO Box 5229 Cincinnati, OH 45201-5229** | | **3415 SW Crescent Drive West Linn,OR All Liens are non-recourse to Debtor.** | | **$795,000.00** | **$750,000.00** | **$45,000.00** |
| **Beneficial -Oregon -Mortgage Bankruptcy Notices PO Box 1231 Brandon, FL 33509-1231** | | **15081 S.E. Mt. Royale Court, Milwaukie, OR 97267 All Liens are non-recourse to Debtor.** | | **$42,000.00** | **$250,000.00** | **$42,000.00** |
| **US Bank Bankruptcy Notice Department PO Box 5229 Cincinnati, OH 45201-5229** | | **52055 SE Icenogle Loop, Scappoose, OR 97056** | | **$32,000.00** | **$325,000.00** | **$32,000.00** |
| **US Bank Bankruptcy Notice Department PO Box 5229 Cincinnati, OH 45201-5229** | | **15081 S.E. Mt. Royale Court, Milwaukie, OR 97267 All Liens are non-recourse to Debtor.** | | **$275,000.00** | **$250,000.00** | **$25,000.00** |
| **Internal Revenue Service Bankruptcy Notices PO Box 7346 Philadelphia, PA 19101-7346** | | **15081 S.E. Mt. Royale Court, Milwaukie, OR 97267 All Liens are non-recourse to Debtor.** | | **$15,000.00** | **$250,000.00** | **$15,000.00** |
| **Citibank, NA Bankruptcy Dept. 701 E. 60th Street Sioux Falls, SD 57117** | | **13360 NE Denbrook Road, Aurora OR 97002 All Liens are non-recourse to Debtor.** | | **$12,000.00** | **$500,000.00** | **$12,000.00** |

# United States Bankruptcy Court
### District of Oregon

In re   **Turning Leaf Homes V, LLC**                    Case No. _____
                                          Debtor(s)             Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Turning Leaf Homes V, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **May 23, 2017** | **/s/ Theodore J. Piteo** |
| Date | **Theodore J. Piteo** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Turning Leaf Homes V, LLC** |
| | **Michael D. O'Brien & Associates, P.C.** |
| | **12909 SW 68th Parkway, Suite 160** |
| | **Portland, OR 97223** |
| | **503-786-3800 Fax:503-272-7796** |
| | **enc@pdxlegal.com** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy