# United States Bankruptcy Court
## District of Oregon

In re **Turning Leaf Homes V, LLC**  
Debtor(s)

Case No. **17-31944-tmb11**  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Turning Leaf Homes V, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 23, 2017**  
Date

**/s/ Theodore J. Piteo**  
**Theodore J. Piteo**  
Signature of Attorney or Litigant  
Counsel for **Turning Leaf Homes V, LLC**  
**Michael D. O'Brien & Associates, P.C.**  
**12909 SW 68th Parkway, Suite 160**  
**Portland, OR 97223**  
**503-786-3800 Fax:503-272-7796**  
**enc@pdxlegal.com**