1:30 PM 17-31944 tmb 11 bk　　Turning Leaf Homes V, LLC

**Motion to Dismiss Case or Alternative to Convert Chapter 11 Case to Chapter 7. Fee EXEMPT. Filed by U.S. Trustee US Trustee, Portland (McClurg, Carla) (54)**

| | |
|---|---|
| Turning Leaf Homes V, LLC - db | THEODORE J PITEO |
| US Trustee, Portland - ust | CARLA GOWEN MCCLURG |

Evidentiary Hearing:　　　Yes: ☐　　　No: ☒

Motion set for evidentiary 10/24/17 @ 9:30

Stipulated facts due 10/17/17

Order to be prepared by: ☐ Clerk's Office ☐ Chambers ☐

DOCKET ENTRY:

Run Date:　09/19/17

Case 17-31944-tmb11　　Doc 87　　Filed 09/19/17